Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
MARK CORUM

FILED

JUL 01 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK CORUM,<br><br>Defendant. | Case No. 2:16-CR-00240-KJM<br><br>[PROPOSED] ORDER SEALING SUPPLEMENTAL EXHIBIT 2 TO OBJECTIONS TO PRE-SENTENCE REPORT AND DEFENDANT'S SENTENCING MEMORANDUM |

Good case appearing therefor:

IT IS HEREBY ORDERED that defendant's Supplemental Exhibit 2 to Objections to Pre-Sentence Report and Defendant's Sentencing Memorandum be filed under seal.

DATED: 7/1/19

_____
HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT JUDGE