PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00240-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| MARK CORUM, | |
| Defendant. | |

The United States, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate to a new briefing schedule in this matter.

Defendant filed a *pro se* motion for compassionate release on August 8, 2022. Docket No. 93. Court appointed defense counsel needs more time to talk with her client, gather relevant information, and likely file a new/supplemental motion. The United States does not oppose that request.

Accordingly, the parties hereby stipulate and jointly request the Court modify the briefing schedule on Defendant's motion as follows:

1. Defendant's supplemental motion be filed on or before September 30, 2022;

2. The United States' response to Defendant's motion be filed on or before October 14, 2022;

3. Defendant's reply be filed on or before October 21, 2022.

STIPULATION RE BRIEFING SCHEDULE         1

IT IS SO STIPULATED.

Dated:  September 7, 2022                                    PHILLIP A. TALBERT
                                                             United States Attorney


                                                             /s/ Katherine T. Lydon
                                                             KATHERINE T. LYDON
                                                             Assistant United States Attorney


Dated:  September 7, 2022                                    /s/ Kresta Daly
                                                             KRESTA DALY
                                                             Counsel for Defendant
                                                             MARK CORUM

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)  Defendant's supplemental motion is due on or before September 30, 2022;

b)  The government's response to the defendant's motion, is due on or before October 14, 2022;

c)  The defendant's reply to the government's response, if any, is due on October 21, 2022.

IT IS SO FOUND AND ORDERED this 15th day of September, 2022.

DATED:  September 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE