Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Mark Corum

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Mark Corum,<br><br>　　　　Defendant. | Case No. 2:16-CR-00240-KJM<br><br>**EX PARTE APPLICATION FOR COURT ORDERED TELEPHONE CALL**<br><br>Judge: Honorable Kimberly J. Mueller |

　　　　Mark Corum, defendant, by and through his counsel of record, hereby makes this Ex Parte Application For A Court Ordered Telephone Call.

　　　　Mr. Corum filed a *pro se* motion for compassionate release on August 8, 2022.  Dkt. 93. The Court appointed defense counsel to assist Mr. Corum.  Mr. Corum is incarcerated at FCI Williamsburg.  Defense counsel contacted FCI Williamsburg and arranged confidential legal calls with the Mr. Corum on October 4, October 31, and December 1, 2022.  On each occasion the facility failed to call me[1].  After the October 31, 2022 failed call I received a voicemail from someone at institution acknowledging they failed to make the call and asking me to reschedule. After the prison failed to call me today I sent an email to the person with whom I had been

---

[1] When arranging a legal phone call with an inmate in BOP, BOP initiated the phone call to legal counsel.

1  arranging the call.  I received an emailed response claiming the facility lost power and remained
2  without power and they therefore could not make the call.  (Apparently the institution has email
3  capability even when they don't have electricity).  [Exhibit A, email chain].

4      It is impossible for defense counsel to draft a motion for compassionate release for their
5  client if they cannot speak with their client to ascertain the issues.  The only other option is to file
6  a funding request to meet with Mr. Corum in person – given that FCI Williamsburg is located in
7  South Carolina such a request would cost thousands of dollars.  Economy dictates a phone call is
8  the sound choice.

9      Therefore, defense counsel requests this Court order FCI Williamsburg make Mr. Corum
10 available for a confidential legal phone call no later than December 15, 2022.

Dated:  December 1, 2022.

By    /s/ Kresta Daly
      Kresta Daly
      Attorney for Mark Corum

BARTH DALY LLP
ATTORNEYS AT LAW

- 2 -

STIPULATION AND ORDER　　　　　　　　　　　　　　　　　[Case No 2:16-CR-00240-KJM]

## **ORDER**

Good cause appearing, FCI Williamsburg is ordered to make Mr. Corum available for a confidential legal call with his counsel, Kresta Daly, no later than December 15, 2022. The specific details of the call are to be arranged by FCI Williamsburg and Ms. Daly.

**IT IS SO ORDERED.**

DATED: December 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE