UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:16-cr-00240-KJM |
| Plaintiff, | ORDER |
| v. | |
| Mark Corum, | |
| Defendant. | |

Defendant Mark Corum filed a motion for sentence reduction in August 2022. ECF No. 93. Mr. Corum's court-appointed counsel, Kresta Daly, has made repeated efforts to speak with Mr. Corum while he was in custody at FCI Williamsburg. FCI Williamsburg declined to make Mr. Corum available. On December 6, 2022, the court ordered FCI Williamsburg to make Mr. Corum available for a call no later than December 15, 2022. Prev. Order (Dec. 6, 2022), ECF No. 101. According to counsel, FCI Williamsburg cancelled the scheduled call and transferred Mr. Corum to a different facility. Status Report, ECF No. 102. The BOP Inmate Locator indicates Mr. Corum is now at FMC Butner.

Given the BOP's apparent frustration of counsel's efforts to speak with her client and create a proper record, the court *sua sponte* orders the government to show cause why the court should not grant Mr. Corum's motion, no later than January 3, 2023.

IT IS SO ORDERED.

DATED: December 27, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1